**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| Gladis Y. Reyes Velasquez | § | |
| | § | |
| *versus* | § | Civil Action 5:26–cv–00003 |
| | § | |
| Warden of Laredo Processing Center | § | |

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

Notice that the above-captioned case is referred to the assigned United States Magistrate Judge to conduct all pretrial proceedings in the case, including non-dispositive hearings and rulings and Rule 26(f), pretrial, and settlement conferences, in accordance with 28 U.S.C. Section 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act.

It is so ORDERED.

Signed on the 6th of January 2026.

_____
John A. Kazen
United States District Judge